UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROY HENDERSON, JR.                                  CIVIL ACTION

VERSUS                                              NO.  13-5650

AMERICAN BANKERS INSURANCE                          SECTION  "N"  (3)
COMPANY OF FLORIDA and
NATIONAL FLOOD INSURANCE PROGRAM

### ORDER AND REASONS

Considering Plaintiff's statement of no opposition (Rec. Doc. 6), **IT IS ORDERED**

that Defendant's "Motion to Dismiss" (Rec. Doc. 3) is **GRANTED**.   Accordingly, **IT IS**

**ORDERED** that all of Plaintiff's extra-contractual claims are **DISMISSED** such that Plaintiff's

breach of contract claim is the only claim remaining herein for disposition.

New Orleans, Louisiana, this 24th day of October 2013.

**KURT D. ENGELHARDT**
**United States District Judge**

1