UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

ROY HENDERSON, JR.                                    CIVIL ACTION

VERSUS                                               NO.   13-5650
                                                      c/w  13-6097

AMERICAN BANKERS INSURANCE                           SECTION  "N"  (3)
COMPANY OF FLORIDA, ET AL.

### ORDER AND REASONS

Presently before the Court is State Farm's "Motion in Limine to Exclude the Repair Estimate Prepared by Daniel Onofrey in his Capacity as a Representative of Able Commercial Contractors and/or Michaelson & Messenger Insurance Specialists, LLC" (Rec. Doc. 22).  Having carefully considered the parties' submissions, **IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.  Specifically, the motion is granted relative to repairs that are complete. With those, State Farm is obligated to pay only the amount actually spent for repair or replacement.  The motion is denied relative to any incomplete  repairs for which Plaintiffs have not yet paid.

New Orleans, Louisiana, this 17th day of November 2014.

**KURT D. ENGELHARDT**
**United States District Judge**