UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY HENDERSON, JR. | CIVIL ACTION |
| VERSUS | NO.  13-5650 |
| | c/w  13-6097 |
| AMERICAN BANKERS INSURANCE<br>COMPANY OF FLORIDA, ET AL. | SECTION  "N"  (3) |

### ORDER AND REASONS

Following the Court's issuance of its November 14, 2014 Order and Reasons (Rec. Doc. 38), Plaintiff submitted an opposition (Rec. Doc. 40) to Defendant State Farm Fire and Casualty Company's October 8, 2014 motion for summary judgment (Rec. Doc. 25).  Having carefully considered the parties' submissions, **IT IS ORDERED** that Defendant State Farm's motion for summary judgment is **GRANTED** for essentially the reasons stated in the original and reply memoranda (Rec. Docs. 25-1 and 43) submitted in support of its motion.

To date, Plaintiff has not filed memoranda in opposition to Defendant State Farm's pending motions to strike (Rec. Docs. 23 and 24).  Thus, as stated in the Court's November 14, 2014 Order and Reasons (Rec. Doc. 38), those motions are considered unopposed.  Accordingly, **IT IS ORDERED** that the motions (Rec. Docs. 23 and 24) are **GRANTED**.

New Orleans, Louisiana, this 5th day of December 2014.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**KURT D. ENGELHARDT**
　　　　　　　　　　　　　　　　　　**United States District Judge**