UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ROY HENDERSON, JR. | CIVIL ACTION |
| VERSUS | NO.  13-5650<br>c/w  13-6097 |
| AMERICAN BANKERS INSURANCE<br>COMPANY OF FLORIDA, ET AL. | SECTION  "N"  (3) |

### ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that a memorandum in opposition to a motion be submitted to the hearing judge eight days prior to the date set for submission of the motion.  No memorandum in opposition to the following motion set for submission on January 21, 2015, has been filed to date:

**MOTION FOR SUMMARY JUDGMENT, MOTION TO DISMISS,
AND MOTION IN LIMINE (Rec. Doc. 47) on behalf of
DEFENDANT AMERICAN BANKERS INSURANCE COMPANY OF FLORIDA**

Accordingly, given that the motion is unopposed, and considering the record in this matter, and that the motion  appears to have merit, **IT IS ORDERED** that the motion (Rec. Doc. 47) is hereby **GRANTED**, and that Plaintiff's claims against Defendant American Bankers Insurance Company of Florida are **DISMISSED WITH PREJUDICE**.

A motion for reconsideration of this Order, if any, must be filed within fourteen (14) days of the date this Order is entered by the Clerk of Court.  The motion must be accompanied by opposition memorandum to the original motion.  Because a motion for reconsideration would not have been necessary had a timely opposition memorandum been filed, the costs incurred in

connection with the motion, including attorneys' fees, will be assessed against the party moving for reconsideration. See Fed. R. Civ. P. 16, 83. A statement of costs conforming to Local Rule 54.3 shall be submitted by all parties desiring to be awarded costs and attorneys' fees no later than eight days prior to the hearing of the motion for reconsideration.

New Orleans, Louisiana, this 29th day of January 2015.

_____
**KURT D. ENGELHARDT**
**United States District Judge**